612

429 A.2d 94

Commonwealth v. Davis, Appellant.

Submitted September 13, 1979. Robert N. Tarman, Assistant Public Defender, for appellant; Marion E. Mac Intyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J. and WATKINS and HOFFMAN, JJ.

Appeal dismissed.

429 A.2d 94

Commonwealth v. Dunbar, Appellant.

Submitted March 21, 1980. Eugene H. Clarke, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgments of sentence are affirmed.